

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN LUIS MORA, INDIVIDUALLY and AS DEPENDENT ADMINISTRATOR OF THE ESTATE OF ARTURO MORA REYES, DECEASED, PERLA RODRIGUEZ, AS NEXT FRIEND OF P.A.M., A.W.M., and P.V.M., ALL MINOR CHILDREN, MARITZA HERNANDEZ, AS NEXT FRIEND OF AR.M. and AL.M., ALL MINOR CHILDREN and MARIA C. MORA, | § § § § § § § § | No. 08-25-00101-CV<br><br>Appeal from the<br><br>County Court at Law No 3<br><br>of El Paso County, Texas<br><br>(TC# 2018DCV-2538) |
| Appellants, | § | |
| v. | § | |
| ENRIQUE PAREDES and ESSEN GLOBAL LOGISTICS CORPORATION, | § § | |
| Appellees. | § | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

On April 11, 2025, the Clerk of this Court sent Appellants a letter requesting payment of the required $205.00 filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter additionally requested that Appellants file their docketing statement within 10 days. The letter notified

Appellants that, pursuant to Texas Rule of Appellate Procedure 42.3, failure to pay the filing fee by April 21, 2025, could result in dismissal of the appeal for want of prosecution for failure to comply with the Clerk's notice requiring a response or action within a specified time. *See* Tex. R. App. P.42.3(b), (c).

As of this date, Appellants have not paid the filing fee or otherwise shown they are excused from paying the required fee. They have neither filed their docketing statement. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

MARIA SALAS MENDOZA, Chief Justice

April 25,2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.